**Order filed January 26, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00575-CV
_____

## IN THE ESTATE OF MANUELA MESA CASAS, DECEASED

**On Appeal from the Probate Court No 3
Harris County, Texas
Trial Court Cause No. 468899**

## O R D E R

Appellant's brief was due January 14, 2021.No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **February 15, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson.